DONALD YOUNG v. WESTINGHOUSE
ELECTRIC CORPORATION.

July 2, 1984.

Petition for certification granted.

DONALD YOUNG v. WESTINGHOUSE
ELECTRIC CORPORATION.

July 2, 1984.

Cross-petition for certification granted.

DICKMAN REALTY v. CHARLES DE SOTO.

July 2, 1984.

Petition for certification denied.

COLONIAL GARDENS EAST, INC. v. GENE BENKO.

July 2, 1984.

Petition for certification denied.